FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC 01 2010

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | CRIMINAL ACTION FILE |
| v. ) | |
| ) | NUMBER 1:10-cr-110-TCB |
| ZELJKO ZEKIC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on Defendant's objections to Magistrate Judge C. Christopher Hagy's Report and Recommendation [43], which recommends that Defendant's motion to suppress evidence [18] be denied.

After conducting a careful and complete review of a Magistrate Judge's findings and recommendations, a district judge may accept, reject, or modify a Magistrate Judge's Report and Recommendation. 28 U.S.C. § 636(b)(1)(C); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). A district judge "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations

to which objection is made." 28 U.S.C. § 636(b)(1)(C). Those portions of a Report and Recommendation to which an objection is not asserted are reviewed for plain error. *United States v. Slay*, 714 F.2d 1093, 1095 (11th Cir. 1983).

The Court has conducted a careful review of the Report and Recommendation and Defendant's objections thereto. Having done so, the Court finds that Judge Hagy's factual and legal conclusions were correct and that Defendant's objections lack merit.

Accordingly, the Court ADOPTS AS ITS ORDER the Report and Recommendation [43] and DENIES Defendant's motion to suppress evidence [18].

IT IS SO ORDERED this 1st day of December, 2010.

_____
Timothy C. Batten, Sr.
United States District Judge